UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES WATSON,**

      **Plaintiff,**

v.                                          Case No.  6:22-cv-1088-CEM-DCI

**OSPREY TAVERN, LLC,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal with Prejudice (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2022.



Copies furnished to:

Counsel of Record